THE PEOPLE OF THE STATE OF NEW YORK v. JACK FINKELSTEIN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley. JJ.